

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-20-00101-CR

**IN RE** Bryan Keith **CRUM**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On March 11, 2020, this court issued an opinion dismissing relator's pro se petition for writ of mandamus for lack of jurisdiction. Relator filed a motion for rehearing. After considering relator's arguments, the motion is hereby DENIED.

It is so **ORDERED** on April 20, 2020.

**PER CURIAM**

ATTESTED TO: MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. B10-826, styled *The State of Texas v. Bryan Keith Crum*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.